# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| DERRICK DUKES | CIVIL ACTION NO. 18-1184 |
| | SECTION P |
| VS. | JUDGE TERRY A. DOUGHTY |
| UNNAMED DEFENDANT, ET AL. | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, to the extent the forty-two prisoner-signatories seek to join as plaintiffs, their claims are **SEVERED and DISMISSED WITHOUT PREJUDICE** to each signatory's right to file a new civil complaint. The Clerk of Court is instructed to mail a copy of the Report and Recommendation, a copy of this Judgment, an in forma pauperis application, and a prisoner civil rights complaint form to each signatory listed in Document No. 1-2.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff Derrick Dukes' requests to investigate or assess LaSalle Management and the conditions of confinement at MPCC are **DISMISSED** as frivolous and for failing to state claims on which relief may be granted.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff's requests for injunctive relief are DISMISSED AS MOOT.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that, to the extent Plaintiff raises claims on behalf of other prisoners, the claims are **DISMISSED** for lack of standing and, consequently, as frivolous.

MONROE, LOUISIANA, this 19th day of February, 2019.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE